IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ZACHARY YOUNG | : | NO. 10-427-1 |

ORDER

AND NOW, this 4th day of February, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Zachary Young to suppress evidence (Doc. #154) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.